Dated: 5/27/2022

MOOT. THIS CASE HAS BEEN DISMISSED. SEE ORDER OF APRIL 26, 2022 [DOCKET #164].

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In re: SCOTT PAUL COLLINS, Debtor. | Chapter 13 Case No. 19-41136-EDK |
|---|---|

## JOINT MOTION TO APPROVE STIPULATION

NOW COME the debtor, Scott Paul Collins, and U.S. Bank Trust National Association as Trustee of Igloo Series IV Trust, as serviced by Rushmore Loan Management Services, through their respective undersigned counsel, and request that this Honorable Court enter the Stipulation filed with this Court on April 6, 2022 as an order of the Court. As grounds for this joint motion, the parties state that they have resolved their differences.

| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF IGLOO SERIES IV TRUST, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES,<br><br>By its attorneys,<br><br>DEMERLE HOEGER LLP,<br><br>/s/ *Michael E. Swain*<br>Richard C. Demerle, Esq. (BBO#652242)<br>Michael E. Swain, Esq. (BBO#676513)<br>10 City Square, 4th Floor<br>Boston, MA 02129<br>(617) 337-4444<br>MSwain@DHNewEngland.com | SCOTT PAUL COLLINS,<br><br><br><br>By his attorney,<br><br><br><br>/s/ *Matthew T. Desrochers*<br>Matthew T. Desrochers, Esq.<br>274 Main Street, Suite 208<br>Reading, MA 01867<br>(781) 279-1822<br>matthewtdesrochers@gmail.com |
|---|---|